UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISAI FRAIRE HUECIAS, )  Case No. EDCV 14-1437-JEM
)
                 Plaintiff, )
)  **JUDGMENT**
        v. )
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
                 Defendant. )
_____ )

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: March 6, 2015                              _/s/ John E. McDermott_____
                                                                 JOHN E. MCDERMOTT
                                                    UNITED STATES MAGISTRATE JUDGE